**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANGEL GONZALEZ-AGUILAR,**<br>**Petitioner,**<br>**v.**<br>**RANDI C. BORGEN, et al.,**<br>**Respondents.** | **Civil Action No. 26-8364 (MCA)**<br><br>**ORDER** |

This matter comes before the Court on a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, in which Petitioner challenges his mandatory detention under 8 U.S.C. § 1225(b). (ECF No. 1.) The Chief Judge entered an Order temporarily enjoining Petitioner's transfer, which shall remain in effect while this matter is pending. (*See* ECF No. 2.) Having examined the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), the Court finds that dismissal prior to the answer is not warranted.[1]

**IT IS**, on this 24th day of July 2026;

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), this Court has examined the Petition and determined

[1] The Court finds, however, that there are insufficient facts alleged in the Petition to support pre-answer relief.

that dismissal of the Petition prior to submission of an answer and the record is not warranted; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition and this Order to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED that the Text Order at ECF No. 2, which temporarily enjoins Respondents from transferring Petitioner from this District, shall REMAIN IN EFFECT while this matter is pending;** and it is further

**ORDERED** Respondents shall electronically file a full and complete answer to the Petition, which responds to all factual and legal allegations of the Petition, within seven (7) days; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record evidence supporting the asserted statutory basis for his detention; and it is further

**ORDERED** that Respondents shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within seven (7) days after the Answer is filed.

***s/ Madeline Cox Arleo***
**MADELINE COX ARLEO**
**United States District Judge**